UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

In Re:  
   MIGDALY TORRES COLON  
   HC 1 BOX 6508  
   SANTA ISABEL, PR 00757-0075

Chapter 13  
Case No. 04-10080-GAC  
Judge: GERARDO A. CARLO  
SSN #1 XXX-XX-7482

## TRUSTEE'S FINAL REPORT AND ACCOUNT

Case Filed on: September 30, 2004  
Plan Confirmed on: December 07, 2004  
Case Closed on: June, 22, 2005

THE SUBJECT CASE HAS BEEN DISMISSED AFTER CONFIRMATION

    Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court or are attached hereto, and are incorporated by reference in this report.

| CREDITOR NAME | CLASS | CLAIM AMT. | PRIN PAID | INT PAID | BAL DUE |
|---|---|---|---|---|---|
| COMMENTS | | | | | |
| CLERK, U.S.BANKRUPTCY COURT | DEBTOR REFUND | $0.00 | $1,218.00 | $0.00 | $0.00 |
| COOP A/C SANTA ISABEL | UNSECURED | $4,680.75 | $0.00 | $0.00 | $4,680.75 |
| COOP A/C SANTA ISABEL | CO-DEBTOR | $8,659.46 | $0.00 | $0.00 | $8,659.46 |
| MIGDALY TORRES COLON | DEBTOR REFUND | $0.00 | $0.00 | $0.00 | $0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY | GENERAL | TOTAL |
|---|---|---|---|---|
| Amount Allowed | $0.00 | $0.00 | $13,340.21 | $13,340.21 |
| Principal Paid | $0.00 | $0.00 | $0.00 | $0.00 |
| Interest Paid | $0.00 | $0.00 | $0.00 | $0.00 |

Total Paid to Creditors (Principal and Interest):     $0.00

Debtor Refunds:     $1,218.00

ATTORNEY FEES

| | |
|---|---:|
| Attorney for the case : JULIO RIVERA TORO* | |
| Total Fees Allowed : | $1,500.00 |
| Total Paid Outside the plan : | $0.00 |
| Total Paid in the Plan : | $950.04 |

COSTS OF ADMINISTRATION

| | |
|---|---:|
| Trustee was paid : | $93.96 |
| The Clerk of the Court was paid : | $0.00 |
| | |
| Plan Base : | $6,438.00 |
| Debtor Refund : | $1,218.00 |
| Adjusted Total Paid In : | $1,044.00 |
| | |
| Total Receipts: | $2,262.00 |
| Total Disbursements: | $2,262.00 |

I, the Chapter 13 Trustee, hereby CERTIFY that the estate has been fully administered.

WHEREFORE, the movant prays that an order be entered discharging Chapter 13 Trustee of his duties under this case and that he and his Surety Company be released of any possible liability arising during the administration of this case. The Chapter 13 Trustee also prays that an order closing the case be entered.

NOTICE to the debtor, creditors and parties in interest are hereby advised that pursuant to FRBP 5009 if within THIRTY (30) days no objection is filed by the United States Trustee or a party in interest, there shall be a presumption that the estate has been fully administered, and the Court may approve the Trustee's Final Report and Account and close the case without further notice.

DATED: March 06, 2006                                    /s/ José R. Carrión
                                                         JOSE R. CARRION, TRUSTEE

04-10080-GAC                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| JULIO RIVERA TORO*<br>PO BOX 335090<br>PONCE, PR 00733-5090 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | MIGDALY TORRES COLON<br>HC 1 BOX 6508<br>SANTA ISABEL, PR 00757 |
| CLERK, U.S.BANKRUPTCY COURT<br>UNCLAIMED MONEY<br>, 00000 | COOP A/C SANTA ISABEL<br>PO BOX 812<br>SANTA ISABEL, PR 00757-0812 |
| COOP A/C SANTA ISABEL<br>PO BOX 812<br>SANTA ISABEL, PR 00757-0812 | MIGDALY TORRES COLON<br>HC 1 BOX 6508<br>SANTA ISABEL, PR 00757 |

DATED: March 06, 2006

ROSA QUINONES

OFFICE OF THE CHAPTER 13 TRUSTEE