IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

MIGDALY TORRES COLON

XXX-XX-7482

Debtor(s)

CASE NO. 04-10080 GAC

Chapter 13

FILED & ENTERED ON 4/17/2006

## ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE

The Order or Judgment dismissing this case was entered on 5/18/2005. The Chapter 13 Trustee has filed a Final Report and Account of the administration of this case, which Report and Account has been duly notified to all creditors and parties in interest, giving them thirty days to object, as certified by the trustee. No objection has been filed. Accordingly, it is now

ORDERED that the trustee is hereby discharged, that his bond is cancelled, and the surety thereon released from further liability thereunder. The estate is hereby closed.

SO ORDERED.

San Juan, Puerto Rico, this 17 day of April, 2006.

GERARDO CARLO ALTIERI
U.S. Bankruptcy Judge

CC: JOSE RAMON CARRION MORALES